UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: **Kevin Franklin**  CASE NO **11-11398**
**Caddera Franklin**
*Debtor(s)*  CHAPTER **13**

AMENDED 7/13/2011
## CHAPTER 13 PLAN

**BUDGET INFORMATION**

| | |
|---|---:|
| Total Monthly Income | $4,165.83 |
| Expenses | $3,540.00 |
| Difference | $625.83 |

**ANALYSIS OF PLAN:** Debtor shall submit such portion of future income to the supervision and control of the Trustee as is necessary for the execution of this Plan, as follows:

| | |
|---|---:|
| A. Monthly Payment (if variable, attach payment schedule) | Variable* |
| B. Duration: **60 months**   Date Payments Start: **6/1/2011** | |
| C. Gross Amount from Debtor (for plan duration) | $36,840.00 |
| D. Trustee's Comp. and Expense Fund (10% of C) | $1,473.60 |
| E. Net Available to Creditors | $35,366.40 |

**F. SECURED CLAIMS:** The Debtor proposes to pay ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ as set forth below. Unless otherwise indicated below, **Debtor's payments will be distributed pro rata among all secured claims on a monthly basis.**

| Creditor | Total Claim | Collateral Value/ Secured Claim | Int. Rate | Monthly Pymt (If not pro rata) | 1st/Last Pymt (Anticipated) | Anticipated Total |
|---|---|---|---|---|---|---|
| American Home Mortgage — *per POC* *All rights reserved* | $27,568.00 | ▇▇▇▇▇▇▇ | | Pro-Rata | 4-60 | $27,568.00 |
| F.1 | | | | | **Total Secured Claims:** | **$27,568.00** |

F.2  **LIEN RELEASE:** The holder of each secured claim shall retain the lien on the collateral securing its claim. Once a secured creditor (other than a creditor paid directly pursuant to this plan under 11 U.S.C. § 1322(b)(2) & (b)(5)), has received payments which satisfy the creditor's secured claim, the creditor shall release the lien(s) securing its claim, except to the extent the Internal Revenue Code or the Bankruptcy Code operate to provide otherwise.

G. **PRIORITY CLAIMS:** All claims entitled to priority under 11 U.S.C. § 507 shall be paid in full in deferred cash payments, except to the extent the holder of such claim agrees to a different treatment, as specified below.  **Debtor's payments will be distributed pro rata among all priority unsecured claims** on a monthly basis subsequent to Trustee's distribution on secured claims, unless otherwise provided as specified below.

| Creditor | Type of Priority | Priority Amount | Monthly Pymt (If not pro rata) | 1st/Last Pymt (Anticipated) | Total |
|---|---|---|---|---|---|
| Internal Revenue Service — *per POC* | Taxes | $2,947.00 | Pro-Rata | 4-60 | $2,947.00 |
| Louisiana Dept of Revenue — *per POC* | Taxes | $2,401.00 | Pro-Rata | 4-60 | $2,401.00 |
| Harrington & Myers | Attorney Fees | $2,150.00 | *1st funds* | | $2,150.00 |
| G.1 | | | | **Total Priority Claims:** | **$7,498.00** |

G.2  Debtor shall file all tax returns as they become due and pay all governmental unit taxes arising post petition as they become due.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: Kevin Franklin
Caddera Franklin
*Debtor(s)*

CASE NO 11-11398

CHAPTER 13

**AMENDED 7/13/2011**
**CHAPTER 13 PLAN**
*Continuation Sheet # 1*

H. **GENERAL UNSECURED CLAIMS SEPARATELY CLASSIFIED:** To the extent this plan classifies claims, the same treatment is provided for each claim within a particular class. The following unsecured claims are classified separately and shall be treated differently from other general unsecured claims and paid by the Trustee as specified below.

| Creditor | Nature of Debt (Criminal Restitution, Etc.) | 1st/Last Pymt (Anticipated) | Anticipated Total |
|---|---|---|---|
| (None) | | | |

| | | |
|---|---|---|
| H.1 | Total unsecured claims separately treated, if any: | $0.00 |
| I. | Amount available for general unsecured claims (Line E) - (Lines F.1 + G.1 + H.1) | $300.40 |
| J. | Anticipated total general unsecured claims (excluding separately treated claims) | $32,017.00 |
| K. | Anticipated minimum percentage payment for other general unsecured claims (excluding separately treated claims) | 1% |

Note: The percentage shown is for the purposes of estimation only. It is based upon the amount of debt listed by the debtor in the schedules filed with the Court. If actual allowed claims are different than those scheduled by the debtor, the percentage paid to unsecured creditors may change.

L. The timely filed allowed general unsecured claims will be paid on a pro rata basis after the above listed creditors are paid (Lines F, G, H). ~~~~
General unsecured claims which are not filed shall not receive distribution from the Trustee.

M. These claims shall be paid by Debtor directly to the creditor pursuant to this plan.

| Creditor | Nature of Debt | Type of Claim (Secured, Priority, Unsecured) |
|---|---|---|
| American Home Mortgage | mortgage on real property | Secured |
| Santander | Car loan | Secured |

N. These secured claims and liens are provided for by Debtor surrendering the collateral pursuant to 11 U.S.C. § 1325(a)(5)(C), including setoffs of prepetition tax refunds, cash collateral, and any creditor's exercise of reclamation rights.

| Creditor | Type of Lien | Collateral | Value |
|---|---|---|---|
| (None) | | | |

O. **INSURANCE:** If required under a security instrument, an assumed executory contract or an assumed lease, debtor shall maintain insurance on all collateral retained under this plan at least to the extent of the amount to be paid to the creditor pursuant to this plan, and if the collateral is a principal residence that is a creditor's sole security, then the insurance maintained must comply with the mortgage and deed of trust.

P. These **UNEXPIRED LEASES or EXECUTORY CONTRACTS** are assumed, rejected or assigned under 11 U.S.C. §§ 1322(a)(7) and 365.

| Creditor | Property Description | Election: (Assume, Reject, Assign) | In Default (Y or N) |
|---|---|---|---|
| None | | | |

Payments on assumed leases or executory contracts which become due post confirmation shall be paid by debtor directly to the creditor. Allowed claims on rejected leases or executory contracts will be paid on a pro rata basis with other allowed general unsecured claims specified in paragraph L.

Q. The unsecured creditors shall receive through the Plan not less than the amount that would be received through a Chapter 7 liquidation in this Case.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: **Kevin Franklin**
**Caddera Franklin**
*Debtor(s)*

CASE NO **11-11398**

CHAPTER **13**

**AMENDED 7/13/2011**
## CHAPTER 13 PLAN
*Continuation Sheet # 2*

R. All property of Debtor's Estate shall vest in Debtor ☐ upon Debtor's Plan being confirmed; ☑ upon Debtor receiving a discharge under 11 U.S.C. § 1328 or Debtor's Case being dismissed. The automatic stay shall remain in effect as to all property of the Debtor and Debtor's estate pursuant to 11 U.S.C. § 362(c), except as further ordered by the Court.

S. **NON-STANDARD PROVISIONS**

**Unsecured claim(s)**
LOUISIANA STATE DEFENSE OF PRESCRIPTION SPECFICALLY PLEAD & RAISED. SCHEDLUED CLAIM PER 11 USC 521. , NO ACKNOWLEDGEMENT OF DEBT IS MADE BY THIS SCHEDULING ON SCHEDLUE "F". DEBT IS SPECFICALLY DISPUTED; TO AVOID 11 USC 105 IMPOSITION OF ATTORNEY FEES/SANCTIONS, CREDITORS MUST REBUTT THIS DEFENSE WITH ANY FILED PROOF OF CLAIM

I declare under penalty of perjury that this Plan Summary represents the terms of the plan proposed for confirmation by Debtor for treatment of all creditors and distributions by the Chapter 13 Trustee.

Dated: 7/13/2011

/s/ Kevin Franklin
**Kevin Franklin**

/s/ Elisabeth D. Harrington
**Elisabeth D. Harrington**
*Attorney for Debtor(s)*

/s/ Caddera Franklin
**Caddera Franklin**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: Kevin Franklin  
Caddera Franklin  
*Debtor(s)*

CASE NO **11-11398**

CHAPTER **13**

# EXHIBIT "B" - VARIABLE PLAN PAYMENTS

## PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| # | Month / Due Date | Payment | # | Month / Due Date | Payment | # | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/01/2011 | $585.00 | 21 | 02/01/2013 | $615.00 | 41 | 10/01/2014 | $615.00 |
| 2 | 07/01/2011 | $585.00 | 22 | 03/01/2013 | $615.00 | 42 | 11/01/2014 | $615.00 |
| 3 | 08/01/2011 | $615.00 | 23 | 04/01/2013 | $615.00 | 43 | 12/01/2014 | $615.00 |
| 4 | 09/01/2011 | $615.00 | 24 | 05/01/2013 | $615.00 | 44 | 01/01/2015 | $615.00 |
| 5 | 10/01/2011 | $615.00 | 25 | 06/01/2013 | $615.00 | 45 | 02/01/2015 | $615.00 |
| 6 | 11/01/2011 | $615.00 | 26 | 07/01/2013 | $615.00 | 46 | 03/01/2015 | $615.00 |
| 7 | 12/01/2011 | $615.00 | 27 | 08/01/2013 | $615.00 | 47 | 04/01/2015 | $615.00 |
| 8 | 01/01/2012 | $615.00 | 28 | 09/01/2013 | $615.00 | 48 | 05/01/2015 | $615.00 |
| 9 | 02/01/2012 | $615.00 | 29 | 10/01/2013 | $615.00 | 49 | 06/01/2015 | $615.00 |
| 10 | 03/01/2012 | $615.00 | 30 | 11/01/2013 | $615.00 | 50 | 07/01/2015 | $615.00 |
| 11 | 04/01/2012 | $615.00 | 31 | 12/01/2013 | $615.00 | 51 | 08/01/2015 | $615.00 |
| 12 | 05/01/2012 | $615.00 | 32 | 01/01/2014 | $615.00 | 52 | 09/01/2015 | $615.00 |
| 13 | 06/01/2012 | $615.00 | 33 | 02/01/2014 | $615.00 | 53 | 10/01/2015 | $615.00 |
| 14 | 07/01/2012 | $615.00 | 34 | 03/01/2014 | $615.00 | 54 | 11/01/2015 | $615.00 |
| 15 | 08/01/2012 | $615.00 | 35 | 04/01/2014 | $615.00 | 55 | 12/01/2015 | $615.00 |
| 16 | 09/01/2012 | $615.00 | 36 | 05/01/2014 | $615.00 | 56 | 01/01/2016 | $615.00 |
| 17 | 10/01/2012 | $615.00 | 37 | 06/01/2014 | $615.00 | 57 | 02/01/2016 | $615.00 |
| 18 | 11/01/2012 | $615.00 | 38 | 07/01/2014 | $615.00 | 58 | 03/01/2016 | $615.00 |
| 19 | 12/01/2012 | $615.00 | 39 | 08/01/2014 | $615.00 | 59 | 04/01/2016 | $615.00 |
| 20 | 01/01/2013 | $615.00 | 40 | 09/01/2014 | $615.00 | 60 | 05/01/2016 | $615.00 |

B6J (Official Form 6J) (12/07)

IN RE: **Kevin Franklin**
**Caddera Franklin**

Case No. **11-11398**
(if known)

*AMENDED 7/13/2011*

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $934.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities: a. Electricity and heating fuel | $250.00 |
|          b. Water and sewer | $70.00 |
|          c. Telephone | $125.00 |
|          d. Other: cable/net | $150.00 |
| 3. Home maintenance (repairs and upkeep) | $5.00 |
| 4. Food | $300.00 |
| 5. Clothing | $110.00 |
| 6. Laundry and dry cleaning | $61.00 |
| 7. Medical and dental expenses | $57.00 |
| 8. Transportation (not including car payments) | $550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | |
|       b. Life | |
|       c. Health | |
|       d. Auto | $250.00 |
|       e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto:  santander | $508.00 |
|       b. Other: | |
|       c. Other: | |
|       d. Other: misc.expense | $170.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $3,540.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I .................................................. $4,165.83
b. Average monthly expenses from Line 18 above ....................................................... $3,540.00
c. Monthly net income (a. minus b.) .............................................................................. $625.83

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Kevin Franklin**  
     **Caddera Franklin**

Case No. **11-11398**  
(if known)

## AMENDED 7/13/2011
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **3**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/13/2011**      Signature **/s/ Kevin Franklin**  
                                              **Kevin Franklin**

Date **7/13/2011**      Signature **/s/ Caddera Franklin**  
                                              **Caddera Franklin**  
[If joint case, both spouses must sign.]

Case 11-11398 Doc 17 Filed 07/13/11 Entered 07/13/11 13:24:09 Main Document Page 6 of 9

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. *18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: **Kevin Franklin**
**Caddera Franklin**

CASE NO. **11-11398**

CHAPTER **13**

## Certificate of Service

_Amended schedule J + Amended Plan_

I do certify that a copy of the foregoing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ has been served upon the attached credtiors, Electronically and/or by facsimile and/or by placing same in the United States Mail, first class, postage prepaid and properly addressed this same date.

Date: **7/13/2011**

/s/ Elisabeth D. Harrington
Elisabeth D. Harrington
Attorney for the Debtor(s)

@ Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Dean Morris
P.O. box 2867
Monroe, LA 71207

Lowe's
PO Box 530914
Atlanta, GA 30353

@ experian
p.o. box 2002
Allen, TX 75013

Dish Network
Dept. 0063
Palatine, IL. 60055

LSU intrin
2021 Perdido St.
New Orleans, LA 70112

@ Trans Union
Attn Public Records Dept
555 W. Adams St
Chicago, IL 60661

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA. 19101-7346

LVNV
PO Box 3038
Evansville, IN. 47730

American Home Mortgage
PO Box 631730
Irvine, TX. 75063-1730

Kismiee utility
p.o. box 972
Tampa, FL 33602

Methodist Hospital
5620 Reed Blvd
New Orleans LA

Att mobility
p.o. box 650584
Dallas, TX 75265

La Dept of Revenue-Bankruptcy Section
P.O. Box 66658
Baton Rouge, La 70896

▓▓▓▓▓▓▓

ATT/Bell South
PO Box 3427
Bloomington, IL 61702

Louisiana Dept of Revenue
PO Box 66658
Baton Rouge, LA. 70896

Ochsner Clinic
1514 Jefferson Hwy.
New Orleans, La .70121

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: **Kevin Franklin**
**Caddera Franklin**

CASE NO. **11-11398**

CHAPTER **13**

## Certificate of Service

(Continuation Sheet #1)

Santander
p.o. box 660633
Dallas, TX 75266

Sear's Credit Cards
PO Box 6937
The Lakes, NV. 88901-6937

Wells Fargo
PO Box 14487
Des Moines, IA 50306

Wells Fargo
PO Box 98798
Las Vegas, NV. 89193

**Case Number:** 11-11398

11-11398|American Home Mortgage Servicing, Inc. |1525 S. Beltline Road, Suite 100 N|Coppell, TX 75(
11-11398| |United States Bankruptcy Court|Eastern District of Louisiana|Hale Boggs Federal Building|5(
11-11398|@ Equifax Information Services LLC |P.O. Box 740241|Atlanta, GA 30374
11-11398|@ Trans Union |Attn Public Records Dept|555 W. Adams St|Chicago, IL 60661
11-11398|@ experian |p.o. box 2002|Allen, TX 75013
11-11398|ATT/Bell South |PO Box 3427|Bloomington, IL 61702
11-11398|American Home Mortgage |PO Box 631730|Irvine, TX. 75063-1730
11-11398|American Home Mortgage Servicing, Inc |1525 S. Beltline Road, Suite 100 N|Coppell, TX 750
11-11398|American Home Mortgage Servicing, Inc. |1525 S. Beltline Rd, Suite 100-N|Coppell, TX 7501
11-11398|Att mobility |p.o. box 650584|Dallas, TX 75265
11-11398|B-Line, LLC |MS 550|PO Box 91121|Seattle, WA 98111-9221
11-11398|Dean Morris |P.O. box 2867|Monroe, LA 71207
11-11398|Dish Network |Dept. 0063|Palatine, IL. 60055
11-11398|Global Acceptance Credit Co. |assignee of First Independent Trust|PO Box 172800|Arlington,
11-11398|Harrington & Myers |2901 N. Causeway Blv|Suite 303|Metairie, LA 70002
11-11398|Internal Revenue Service |P.O. Box 7346|Philadelphia, PA. 19101-7346
11-11398|Kismiee utility |p.o. box 972|Tampa, FL 33602
11-11398|LSU intrin |2021 Perdido St.|New Orleans, LA 70112
11-11398|LVNV |PO Box 3038|Evansville, IN. 47730
11-11398|La Dept of Revenue-Bankruptcy Section |P.O. Box 66658|Baton Rouge, La 70896
11-11398|Lowe's |PO Box 530914|Atlanta, GA 30353
11-11398|Methodist Hospital |5620 Reed Blvd|New Orleans LA
11-11398|Napoleon Ped.
11-11398|North Star Capital Acquisition |170 Northpointe Pkwy|Suite 300|Amherst, NY 14228
11-11398|Ochsner Clinic |1514 Jefferson Hwy.|New Orleans, La .70121
11-11398|Santander |p.o. box 660633|Dallas, TX 75266
11-11398|Sear's Credit Cards |PO Box 6937|The Lakes, NV. 88901-6937
11-11398|WELLS FARGO |P.O. BOX 7648|BOISE, ID 83707|ATTN: TESSIE BIXLER
11-11398|Wells Fargo |PO Box 14487|Des Moines, IA 50306
11-11398|Wells Fargo |PO Box 98798|Las Vegas, NV. 89193
11-11398|place holder
11-11398|Caddera Franklin |7521 Michigan St.|New Orleans, LA 70128
11-11398|Elisabeth D. Harrington |Harrington & Myers|2901 North Causeway Blvd.|Suite 303|Metairie,
11-11398|Kevin Franklin |7521 Michigan St.|New Orleans, LA 70128
11-11398|Office of the U.S. Trustee |Eastern District of Louisiana|Texaco Center|400 Poydras Street, Su
11-11398|S. J. Beaulieu Jr.|433 Metairie Road|Suite 307|Metairie, LA 70005

**Total Labels** 36

| PACER Service Center |
|---|
| Transaction Receipt |
| 07/13/2011 13:15:48 |