UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:        KEVIN FRANKLIN                                    CASE NO. 11-11398
              CADDERA FRANKLIN                                  CHAPTER 13; SEC. B

## CONSENT ORDER

This cause being scheduled for hearing on August 1, 2012 on a Motion **(P-45)** and an

Amended Motion **(P-56)** for Relief from Stay, or Alternatively for Adequate Protection filed by

CAPITAL ONE, N.A. (hereinafter referred to as Mover), and the Court considering the stipulations

of the parties as evidenced by their signatures affixed to the Consent Order herein;

**IT IS HEREBY ORDERED**, that the automatic stay upon the following described property:

A CERTAIN PIECE OR PORTION OF GROUND, TOGETHER WITH ALL
THE BUILDINGS AND IMPROVEMENTS THEREON, AND ALL OF THE
RIGHTS, WAYS, PRIVILEGES, SERVITUDES, APPURTENANCES AND
ADVANTAGES THEREUNTO BELONGING OR IN ANYWISE
APPERTAINING, SITUATED IN THE THIRD DISTRICT OF THE CITY OF
NEW ORLEANS, STATE OF LOUISIANA, IN SQUARE NO. 184, AND
DESIGNATED AS LOTS NOS. 38 AND 39, IN UNIT 1 OF THE
SUBDIVISION OF EDGELAKE LANDS, IN., AND SAID SQUARE IS
BOUNDED BY MICHIGAN STREET, ZENITH STREET, MINEOIA
AVENUE AND MORRISON CANAL OR ROAD AND SAID
LOTSMEASURES EACH 25 FEET FRONT ON MICHIGAN STREET, SAME
WIDTH IN THE REAR, BY A DEPTH OF 105 FEET BETWEEN EQUAL
AND PARALLEL LINES, AND ACCORDING TO SURVEYOF ERROL E.
KELLY, SURVEYOR, DATED 10/26/66, REDACTED 6/23/67, SAID
SQUARE IS BOUNDED BY MICHIGAN STREET, ZENITH STREET (SIDE)
(LATE MERCIER) AND MORRISON ROAD AND SAID LOTS HAVE THE
SAME MEASUREMENTS AS SHOWN ABOVE AND MORRISON ROAD
AND SAID LOTS HAVE THE SAME MEASUREMENTS AS SHOWN
ABOVE. LOT NO. 39 COMMENCES AT A DISTANCE OF 133.91 FEET
FROM THE CORNER OF MICHIGAN STREET AND MORRISON ROAD
AND ALL AS WILL APPEAR BY SURVEY OF GILBERTKELLY &
COUTRUIE, INC., DATED 5/15/79 AND OF RECORD. SUBJECT TO ALL
EASEMENTS, ENCROACHMENTS, SERVITUDES, BOUNDARY
DEVIATIONS AND POTENTIALBOUDARY DISPUTES TO WOULD BE
EVIDENCED ON A CURRENT SURVEY, IMPROVEMENTS BEAR THE
MUNICIPAL ADDRESS NO. *7521 Michigan Street, New Orleans, LA 70128*

shall remain in effect, conditioned upon the debtor complying with the following conditions:

A.    The post petition arrears, that sum being $3,939.94, shall be paid directly to Mover by the debtors in six (6) monthly installments in the amount of $656.65 each, beginning August 15, 2012 and the like installments due on the fifteenth (15th) day of each month thereafter, until paid. The post petition arrearage consists of related attorney fees and costs of $750.00.

B.    The debtors are to commence with the regular monthly installment in the amount of $980.71 due August 1, 2012 and the like installments due on the first (1st) day of each month thereafter, amount being subject to change as escrow requirements may dictate.

C.    The debtors are required to provide for payment of any increases in the cost of Hazard Insurance, Flood Insurance and Taxes after the notification of said increase has been provided to the debtors, debtors' counsel and the trustee.

D.    In the event Mover is not in receipt of the payments as outlined above, within thirty (30) days of their due date, then Mover may submit an ex parte order lifting the stay unto the bankruptcy Judge, upon the submission of an affidavit attesting to said thirty (30) day delinquency.

**IT IS FURTHER ORDERED** that in the event the stay is lifted on the pertinent property as listed above, that said ex parte order lifting stay shall remain in full force and effect if this case is converted to any other Chapter of the Bankruptcy Code.

New Orleans, Louisiana, August 2, 2012.

_____
Jerry A. Brown
U.S. Bankruptcy Judge

RESPECTFULLY SUBMITTED:

| S/HERSCHEL C. ADCOCK, JR. | S/ELISABETH HARRINGTON |
|---|---|
| HERSCHEL C. ADCOCK, JR. | ELISABETH HARRIGNTON |
| ATTORNEY AT LAW, LBRN: 17903 | ATTORNEY AT LAW, LBRN: 20852 |
| P. O. BOX 87379 | 2901 N. CAUSEWAY BLVD. STE. 303 |
| BATON ROUGE, LA 70879-8379 | METAIRIE, LA 70002 |
| PHONE: (225) 756-0373 | PHONE: (504) 861-0550 |
| OUR FILE NO: 17940 | Attorney for Debtors |
| Attorney for Mover | |