## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:                                          CASE NUMBER: 11-11398

KEVIN FRANKLIN AND                              CHAPTER 13
CADDERA FRANKLIN
                                                SECTION "B"
            DEBTORS

### *EX PARTE* MOTION TO LIFT STAY

Santander Consumer USA, Inc. ("Santander"), a creditor holding a secured claim, represents that:

1.    This Court has jurisdiction over this proceeding and all parties hereto pursuant to 28 U.S.C., Sections 157 and 1334.

2.    On February 15, 2012, the Court issued a Consent Order, upon the consent of the parties, stating that the Debtors would, among other things, in order to cure account arrearages and reimburse Santander for its attorney's fees, make one (1) additional payment of $2,000.00 on or before February 15, 2012; make six (6) consecutive monthly payments of $89.63 each directly to Santander, with the first payment due on or before March 28, 2012; make six (6) consecutive monthly payments of $96.00 each directly to Santander, with the first payment due on or before March 28, 2012; and to resume direct monthly payments to Santander beginning with the first payment due on or before February 28, 2012. A copy of the Consent Order is attached as Exhibit "A."

3.    The Consent Order further provided that, should the Debtors become thirty (30) days delinquent in any of their additional and/or direct payments to Santander, or otherwise

comply with the Consent Order terms, such event shall constitute a default under the terms of the Consent Order.

4. On August 9, 2012, Santander, through counsel, sent a notice of default to the Debtors and Debtors' counsel, stating that the Debtors' were delinquent pursuant to the Consent Order in the amount of $3,146.98. A copy of the notice of default is attached as Exhibit "B."

5. The Debtors, as of today, have paid $518.00, as shown in the affidavit attached as Exhibit "C."

6. The Debtors, therefore, have failed to comply with the terms of the Consent Order.

WHEREFORE, Santander Consumer USA, Inc. ("Santander") prays that the Court enter an order granting relief described as follows:

1. Termination of the automatic stay as to allow Santander to foreclose on its interest in the 2008 Chevrolet Trailblazer, by executory process or by ordinary process, to have the property seized and sold pursuant to state law, to receive the proceeds of the sale up to the full amount of the debt or to bid up to the full amount of the debt at the sale; and/or;

2. Authorization for the Debtor to surrender voluntarily the above described property to Santander; and/or;

3. That any order remain in effect regardless of conversion to another Chapter; and/or

4. For such other and further relief to which Santander may be entitled.

**THE SUNDMAKER FIRM, L.L.C.**

/s/ *Earl F. Sundmaker, III*
EARL F. SUNDMAKER, III (#24226)
GREGORY J. WALSH (#25921)
336 Lafayette Street, Suite 100
New Orleans, LA 70130
Telephone: (504) 568-0515
trey@sundmakerfirm.com
greg@sundmakerfirm.com
**Attorneys for Santander Consumer USA, Inc.**

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served on all interested parties as listed below either

by electronic transmission and/or depositing same in the U.S. Mail, postage prepaid, this 27th day

of August, 2012:

| | | |
|---|---|---|
| S. J. Beaulieu, Jr.<br>433 Metairie Road, Suite 307<br>Metairie, LA 70005 | United States Trustee<br>400 Poydras St. #2110<br>New Orleans, LA 70130 | Elisabeth D. Harrington<br>Harrington & Myers<br>2901 North Causeway Blvd.<br>Suite 303<br>Metairie, LA 70002 |

Kevin Franklin
Caddera Franklin
7521 Michigan St.
New Orleans, LA 70128

/s/ *Earl F. Sundmaker, III*
Earl F. Sundmaker, III

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:                                              CASE NUMBER: 11-11398

KEVIN FRANKLIN                                      CHAPTER 13
CADDERA FRANKLIN

        DEBTORS                   SECTION "B"

### CONSENT ORDER

Considering the Motion to Lift Stay (P-37) filed by Santander Consumer USA, Inc. ("Santander"), the hearing scheduled for February 15, 2012, and the Court having been informed of the consent of the parties, the following Order is issued:

**IT IS ORDERED** that the Debtors will, in order to cure account arrearage, make one (1) additional payment of $2,000.00 directly to Santander on or before February 15, 2012.

**IT IS FURTHER ORDERED** that the Debtors will, in order to further cure account arrearage, make six (6) consecutive monthly payments of $89.63 each directly to Santander, with the first payment due on or before March 28, 2012.

**IT IS FURTHER ORDERED** that the Debtors will, in order to reimburse Santander's attorneys' fees and costs, make six (6) consecutive monthly payments of $96.00 each directly to Santander, with the first payment due on or before March 28, 2012.

**IT IS FURTHER ORDERED** that the Debtors shall resume their monthly payments to Santander beginning with the payment due on February 28, 2012;

**IT IS FURTHER ORDERED** that the Debtors shall maintain in full force and effect insurance on the 2008 Chevrolet Trailblazer bearing manufacturer's serial number 1GNDS13S882103205 ("Vehicle") during the term of the plan, and as required by the Contract, naming Santander as the loss payee;

"A"

**IT IS FURTHER ORDERED** that should the Debtors become thirty (30) days delinquent in any of their additional and/or direct payments to Santander, or fail to maintain the necessary insurance on the Vehicle, naming Santander as the loss payee, or to obtain replacement coverage, THEN AND IN ANY SUCH EVENT, Santander may file an *ex parte* Motion with the Bankruptcy Court requesting that the 11 USC §362 Automatic Stay be Lifted and such relief shall be granted, provided that such *ex parte* Motion is accompanied by an Affidavit of such Default and a Certificate of Mailing showing that the Debtors, Debtors' counsel, and the Trustee have been given Notice of the filing of the *ex parte* Motion.

New Orleans, Louisiana, February 15, 2012.

_J. A. Brown_
Jerry A. Brown
U.S. Bankruptcy Judge

Submitted jointly by:

/s/ *Elisabeth D. Harrington*
Elisabeth D. Harrington (#20852)
2901 N. Causeway #303
Metairie, LA   70002
Attorney for Debtors, Kevin and Caddera Franklin

/s/ *Earl F. Sundmaker, III*
Earl F. Sundmaker, III (#24226)
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
Attorneys for Santander Consumer USA, Inc.

2

# THE
# SUNDMAKER
## FIRM, LLC

Earl ("Trey") F. Sundmaker, III, Esq.
Admitted in all Louisiana and Texas
Courts and Arkansas Federal Courts
Email: Trey@SundmakerFirm.com

336 Lafayette Street, Suite 100
New Orleans, LA 70130
504-568-0515 / Fax 504-568-0518
SundmakerFirm.com

August 9, 2012

**Via Facsimile:  504-828-3314**
Elisabeth D. Harrington, Esq.
Harrington & Myers
2901 North Causeway Blvd.
Suite 303
Metairie, LA 70002

Kevin Franklin
Caddera Franklin
7521 Michigan St.
New Orleans, LA 70128

      Re:    Kevin Franklin and Caddera Franklin
              USBC-LAED No. 11-11398 "B"

Dear Sir/Madame:

        I attach a copy of the Consent Order relative to Santander Consumer USA, Inc.'s Motion to Lift Stay. I also include a copy of your account pay history since entry of the Order. Pursuant to the Order, the debtors should have paid a total of $6,163.58. To date, the debtors have made payments totaling only $3,016.60 and therefore is delinquent in the amount of $3,146.98.

        If the account is not brought current within ten days from today, Santander will seek ex parte relief from the stay from the court.

                          Sincerely,

                          Earl F. Sundmaker, III

"B"

## AFFIDAVIT

Before me, the undersigned authority, personally came and appeared:

*Nancy Britt*, after being duly sworn, deposes and states:

1.     That he/she is a proper representative of Santander Consumer USA, Inc. ("Santander"), and that he/she is personally familiar with the Retail Installment Sale Contract Simple Finance Charge ("Contract") executed by Kevin Franklin (the "Debtor") on November 13, 2010, which granted a security interest to Santander in a 2008 Chevrolet Trailblazer.

2.     On February 15, 2012, the court issued an order, upon the consent of the parties, stating that the Debtors would, among other things, in order to cure account arrearages and reimburse Santander for its attorney's fees, make one (1) additional payment of $2,000.00 on or before February 15, 2012; make six (6) consecutive monthly payments of $89.63 each directly to Santander, with the first payment due on or before March 28, 2012; make six (6) consecutive monthly payments of $96.00 each directly to Santander, with the first payment due on or before March 28, 2012; and to resume direct monthly payments to Santander beginning with the first payment due on or before February 28, 2012.

3.     The Consent Order further provided that, should the Debtors become thirty (30) days delinquent in any of their additional and/or direct payments to Santander, or otherwise comply with the Consent Order terms, such event shall constitute a default under the terms of the Consent Order.

4.     On August 9, 2012, Santander, through counsel, sent a notice of default to the Debtors and Debtors' counsel, stating that the Debtors' were delinquent pursuant to the Consent Order in the amount of $3,146.98.

5.     The Debtors, as of today, paid $518.00.

"C"

6.     The Debtors, therefore, have failed to comply with the terms of the Consent Order.



SWORN TO AND SUBSCRIBED BEFORE ME IN
THE COUNTY OF _Tarrant_, STATE OF _Tx_
THIS _22_ DAY OF AUGUST, 2012

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES: _9.01.2015_

EDUARDO CASTILLO
Notary Public, State of Texas
My Commission Expires
September 01, 2015

2

KEVIN FRANKLIN

11-11398     District of LOUISIANA EASTERN

| Date | Type | Amount Posted / Payment Due | Amount Received | Date Received |
|---|---|---|---|---|
| 02/15/12 | Arrears | $2,000.00 | $2,000.00 | 2/24/12 |
| 03/28/12 | Arrears | $89.63 | $508.30 | 4/9/12 |
| 04/28/12 | Arrears | $89.63 | $508.30 | 6/14/12 |
| 05/28/12 | Arrears | $89.63 | | |
| 06/28/12 | Arrears | $89.63 | | |
| 07/28/12 | Arrears | $89.63 | | |
| 08/28/12 | Arrears | $89.63 | | |
| 03/28/12 | Legal Fees | $96.00 | | |
| 04/28/12 | Legal Fees | $96.00 | | |
| 05/28/12 | Legal Fees | $96.00 | | |
| 06/28/12 | Legal Fees | $96.00 | | |
| 07/28/12 | Legal Fees | $96.00 | | |
| 08/28/12 | Legal Fees | $96.00 | | |
| 02/28/12 | Regular | $508.30 | | |
| 03/28/12 | Regular | $508.30 | | |
| 04/28/12 | Regular | $508.30 | | |
| 05/28/12 | Regular | $508.30 | | |
| 06/28/12 | Regular | $508.30 | | |
| 07/28/12 | Regular | $508.30 | | |



## Santander
CONSUMER

PO BOX 961245
Fort Worth, TX 76161-1245

**Account Number:** ███████   **Primary Name:**   KEVIN FRANKLIN

| Good Through | Total Payoff | Principal | Interest | Late Fees | Misc. Fees | |
|---|---|---|---|---|---|---|
| Aug 24, 2012 | $17,082.37 | $17,057.04 | $.00 | $25.33 | $.00 | |

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| Jun 14, 2012 | $-508.30 | $-508.30 | $0.00 | $0.00 | $0.00 | $17,057.04 |
| System allocated payment Drive Collector - MasterCard | | | | | | |
| Jun 14, 2012 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $17,565.34 |
| Miscellaneous fee payment Drive Collector - MasterCard | | | | | | |
| Jun 14, 2012 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $17,565.34 |
| Miscellaneous fee asessment Drive Collector - MasterCard | | | | | | |
| Apr 09, 2012 | $-508.30 | $-508.30 | $0.00 | $0.00 | $0.00 | $17,565.34 |
| System allocated payment Drive Collector - Pinless Debit | | | | | | |
| Apr 09, 2012 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $18,073.64 |
| Miscellaneous fee payment Drive Collector - Pinless Debit | | | | | | |
| Apr 09, 2012 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $18,073.64 |
| Miscellaneous fee asessment Drive Collector - Pinless Debit | | | | | | |
| Feb 29, 2012 | $-576.00 | $0.00 | $0.00 | $0.00 | $-576.00 | $18,073.64 |
| Waive recovery fees Legal Fees | | | | | | |
| Feb 29, 2012 | $576.00 | $0.00 | $0.00 | $0.00 | $576.00 | $18,073.64 |
| Recovery fee assessment Bankruptcy Fees | | | | | | |
| Feb 26, 2012 | $-2,000.00 | $-722.08 | $-1,277.92 | $0.00 | $0.00 | $18,073.64 |
| System allocated payment Lockbox Payment BTCH# 00001430 SEQ# 0019 CK# 000000 | | | | | | |
| Oct 26, 2011 | $-1,016.60 | $0.00 | $-1,016.60 | $0.00 | $0.00 | $18,795.72 |
| System allocated payment Drive Collector - MasterCard | | | | | | |
| Oct 26, 2011 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $18,795.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Miscellaneous fee payment Drive Collector - MasterCard | | | | | | |
| Oct 26, 2011 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $18,795.72 |
| Miscellaneous fee asessment Drive Collector - MasterCard | | | | | | |
| Aug 10, 2011 | $-508.30 | $0.00 | $-508.30 | $0.00 | $0.00 | $18,795.72 |
| System allocated payment Drive Collector - MasterCard | | | | | | |
| Aug 10, 2011 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $18,795.72 |
| Miscellaneous fee payment Drive Collector - MasterCard | | | | | | |
| Aug 10, 2011 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $18,795.72 |
| Miscellaneous fee asessment Drive Collector - MasterCard | | | | | | |
| Jun 28, 2011 | $-508.30 | $0.00 | $-508.30 | $0.00 | $0.00 | $18,795.72 |
| System allocated payment Drive Collector - MasterCard | | | | | | |
| Jun 28, 2011 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $18,795.72 |
| Miscellaneous fee payment Drive Collector - MasterCard | | | | | | |
| Jun 28, 2011 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $18,795.72 |
| Miscellaneous fee asessment Drive Collector - MasterCard | | | | | | |
| Jun 08, 2011 | $25.33 | $0.00 | $0.00 | $25.33 | $0.00 | $18,795.72 |
| Late charge assessment System Generated Transaction | | | | | | |
| May 09, 2011 | $-510.00 | $-112.15 | $-397.85 | $0.00 | $0.00 | $18,795.72 |
| System allocated payment IVR - ACH | | | | | | |
| May 09, 2011 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $18,907.87 |
| Miscellaneous fee payment IVR - ACH | | | | | | |
| May 09, 2011 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $18,907.87 |
| Miscellaneous fee asessment IVR - ACH | | | | | | |
| Apr 07, 2011 | $-508.30 | $-120.44 | $-387.86 | $0.00 | $0.00 | $18,907.87 |
| System allocated payment Drive Collector - ACH | | | | | | |
| Apr 07, 2011 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $19,028.31 |
| Miscellaneous fee payment Drive Collector - ACH | | | | | | |
| Apr 07, 2011 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $19,028.31 |
| Miscellaneous fee asessment Drive Collector - ACH | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | $-506.90 | $-91.69 | $-415.21 | $0.00 | $0.00 | $19,028.31 |
| System allocated payment<br>Drive Collector - Pinless Debit | | | | | | |
| Mar 07, 2011 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $19,120.00 |
| Miscellaneous fee payment<br>Drive Collector - Pinless Debit | | | | | | |
| Mar 07, 2011 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $19,120.00 |
| Miscellaneous fee asessment<br>Drive Collector - Pinless Debit | | | | | | |
| Feb 04, 2011 | $-509.00 | $0.00 | $-509.00 | $0.00 | $0.00 | $19,120.00 |
| System allocated payment<br>IVR - Pinless Debit | | | | | | |
| Feb 04, 2011 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $19,120.00 |
| Miscellaneous fee payment<br>IVR - Pinless Debit | | | | | | |
| Feb 04, 2011 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $19,120.00 |
| Miscellaneous fee asessment<br>IVR - Pinless Debit | | | | | | |
| Dec 30, 2010 | $-509.00 | $0.00 | $-509.00 | $0.00 | $0.00 | $19,120.00 |
| System allocated payment<br>IVR - Pinless Debit | | | | | | |
| Dec 30, 2010 | $-10.95 | $0.00 | $0.00 | $0.00 | $-10.95 | $19,120.00 |
| Miscellaneous fee payment<br>IVR - Pinless Debit | | | | | | |
| Dec 30, 2010 | $10.95 | $0.00 | $0.00 | $0.00 | $10.95 | $19,120.00 |
| Miscellaneous fee asessment<br>IVR - Pinless Debit | | | | | | |

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE TO CALIFORNIA RESIDENTS**:  You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**NOTICE TO MAINE RESIDENTS**:  Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

**NOTICE TO MASSACHUSETTS RESIDENTS**:  Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

**Notice of Important Rights:**You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to Santander Consumer USA.

**NOTICE TO BUFFALO RESIDENTS**:  This collection agency is licensed by the City of Buffalo, New York License Number 556975.

**NOTICE TO NEW YORK CITY RESIDENTS**:  This collection agency is licensed by the New York City